## SUMMERS *v.* THE STATE.

1. This case is controlled by *Weaver v. The State*, this term.
2. It being conceded that the accused was a merchant, and bought and sold the machines in question as other merchandise, and there being in the record no evidence tending to show that the company which manufactured them has not paid the tax required by law, the verdict was without evidence to support it, and the court erred in not granting a new trial.　　*Judgment reversed.*
   May 16, 1892.

This case was tried on the same day in the court where the *Weaver* case, *supra*, was tried, the same counsel appearing.